### GLOTIN et al. v. OSWALD et al.

(Circuit Court, D. Minnesota. December 12, 1894.)

CIRCUIT COURT—JURISDICTIONAL AMOUNT—PLEADING.

St. 1881, giving the right to commence suit, in a trade-mark case, without alleging the amount in controversy, is not repealed by the statutes of 1887 and 1888, requiring the amount involved to be $2,000, to give the circuit court jurisdiction.

Suit by Marie Brizard Glotin and others, doing business as Les Heritiers de Marie Brizard & Roger, against John C. Oswald and another, partners as J. C. Oswald & Co. Defendants demur to the complaint. Demurrer overruled.

In this case an injunction is asked by complainants to restrain defendants from selling or offering for sale a spurious brand of liqueur called "Crême de Menthe," whereby the bottles, labels, and trade-marks duly registered in compliance with the laws of the United States, which have been used by the complainants for many years, are so closely imitated as to deceive the public into the belief that the goods so put up are the genuine liqueurs manufactured by these complainants. A demurrer is interposed by defendants, on the ground that it does not appear by the bill of complaint that the sum of $2,000 is involved in this action, and hence this court has no jurisdiction.

Boardman & Boutelle, for complainants.

Taylor & Spooner, for defendants.

NELSON, District Judge. The complaint shows that these complainants, residents and citizens of the republic of France, are making a liqueur called "Crême de Menthe" in France, and exporting it to this country; and having filed their trade-mark here, and complied with the law in that respect, they are entitled to protection. The statute of 1881, which gives them the right to commence a suit without alleging the amount in controversy, was not repealed by the statutes of 1887 and 1888, which make it necessary, in order to give jurisdiction to the United States circuit court, that the amount involved be $2,000. The demurrer is overruled, and the motion for a temporary injunction granted, and defendants will be given until next rule day to file their answer.